IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FABBRINI,  )
                             Plaintiff,  )    2:07-cv-1099-GEB-CMK
        v.  )
                                        )    ORDER CONTINUING STATUS
CITY OF DUNSMUIR; JOHN FISHER;  )    (PRETRIAL SCHEDULING)
BILL SANFORD, KEITH ANDERSON;  )    CONFERENCE
and DOES 1 through 10, inclusive,  )
                            Defendants.  )

       Since the parties failed to timely file a status report as required by the June 8, 2007 Order Setting Status (Pretrial Scheduling) Conference, the status conference currently set for September 17, 2007 is rescheduled to commence at 9:00 a.m. on November 26, 2007.[1] The parties shall file a joint status report no later than fourteen days prior to the status conference.

       IT IS SO ORDERED.

Dated:  September 6, 2007

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

1    The parties are warned that, in the future, such a failure could result in the imposition of sanctions.

1