IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FABBRINI,                              No. CIV S-07-1099-GEB-CMK

       Plaintiff,

   vs.                                      ORDER

CITY OF DUNSMUIR, et al.,

       Defendants.

_____/

       Pending before the court is defendants' motion for a protective order (Doc. 22), currently set for hearing before the undersigned on April 23, 2008, at 10:00 a.m. pursuant to an amended notice of motion.  Pursuant to Eastern District of California Local Rule 37-251(a), the matter is dropped from the court's calendar because the parties have not timely filed a joint statement pursuant to Local Rule 37-251(c) and because counsel for the moving party has not filed a declaration pursuant to Local Rule 37-251(d).  The Clerk of the Court is directed to terminate the matter as a pending motion on the court's docket.

       IT IS SO ORDERED.

DATED:  April 22, 2008

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26