IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID FABBRINI,<br><br>             Plaintiff,<br><br>        v.<br><br>CITY OF DUNSMUIR, JOHN FISHER, BILL SANFORD, and KEITH ANDERSON,<br><br>             Defendants. | 2:07-cv-01099-GEB-CMK<br><br>ORDER |

No later than March 18, 2011, each party has leave to file a brief and/or proposed order concerning the Ninth Circuit's Mandate filed March 7, 2011. Any responsive filing may be filed no later than March 25, 2011. The parties should discuss the mandate before any filing for the purpose of determining whether arrangement can be reached that is consistent with the mandate.

IT IS SO ORDERED.

Dated:  March 8, 2011

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

1