IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FABBRINI,  )
 ) 2:07-cv-01099-GEB-CMK
            Plaintiff,  )
 )
       v.  ) ORDER
 )
CITY OF DUNSMUIR, JOHN FISHER,  )
BILL SANFORD, and KEITH  )
ANDERSON,  )
 )
            Defendants.  )
_____)

Pursuant to the parties' request in the stipulation filed on March 18, 2011 ("Stipulation"), further briefing concerning compliance with the Ninth Circuit's February 11, 2011 decision is unnecessary if the parties have reached a settlement as they indicate in the Stipulation. Therefore, as the parties request in the Stipulation, they shall either submit further briefing as referenced in the Order filed March 9, 2011 (ECF No. 66), on or before July 18, 2011; or file a document on or before July 18, 2011 that is sufficient for this action to be closed.

Dated:  March 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1