IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FABBRINI,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF DUNSMUIR, JOHN FISHER, BILL SANFORD, and KEITH ANDERSON,<br><br>        Defendants. | 2:07-cv-01099-GEB-CMK<br><br>ORDER |

      This action shall be closed since the document filed June 30, 2011 explains that the reason for this action remaining open no longer exists.

Dated:  July 5, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1